IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
(CHICAGO)

JAMES GALL,

    Plaintiff,

vs.                                    Case No:  1:15-cv-2136

CANAL BARGE COMPANY, INC,

    Defendant.
_____/

Dennis M. O'Bryan
O'BRYAN BAUN KARAMANIAN
Attorneys for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI   48009
(248)   258-6262
Fax: (248) 258-6047
dob@obryanlaw.net

    -and-

Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel for Plaintiff
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
(312) 840-7004; Fax: (312) 840-7900 - fax
fmendelsohn@burkelaw.com
_____/

## COMPLAINT

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

1.    Jurisdiction and venue lie in this action, Defendant conducting business within

1

this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure, and wages.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about June 14, 2014, Plaintiff was in the course of his employment when he was peremptorily ordered to jerk a face wire which got caught in a broken rubber bumper rail and as a result thereof Plaintiff was injured because of said failure to provide a safe place to work and seaworthy vessel.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

    a. Pain and suffering, past, present and future;

    b. Mortification, humiliation, fright shock and embarrassment;

    c. Loss of earnings and earning capacity;

    d. Hospital, pharmaceutical and other cure expenses;

    e. Aggravation of prior condition, if any there be;

    f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

    g. Mental anguish;

    h. Found;

    i. Maintenance, cure, wages, attorney fees and/or punitive damages.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

> O'BRYAN BAUN KARAMANIAN
>
> /s/ Dennis M. O'Bryan
> _____
> Dennis M. O'Bryan
> Attorneys for Plaintiff
> 401 S. Old Woodward, Suite 450
> Birmingham, MI 48009
> (248) 258-6262; (248) 258-6047 - fax
> dob@obryanlaw.net
>
> -and-
>
> /s/ Frederic Mendelsohn (w/ consent)
> Frederic Mendelsohn, (6193281)
> Burke, Warren, MacKay & Serritella, P.C.
> Local Counsel for Plaintiff
> 330 N. Wabash Ave., 21st Floor
> Chicago, IL 60611-3607
> 312-840-7004; 312-840-7900 - fax
> fmendelsohn@burkelaw.com

DATED: March 11, 2015